UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH CAROLINA INSURANCE ) | |
| GUARANTY ASSOCIATION ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:20-CV-522-FL |
| XAVIER BECERRA, *in his official* ) | |
| *capacity as Secretary of the United States* ) | |
| *Department of Health and Human Services,* ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, and CENTER FOR ) | |
| MEDICARE AND MEDICAID SERVICES ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 21, 2021, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on September 21, 2021, and Copies To:**
Joseph W. Eason / Christopher J. Blake  (via CM/ECF Notice of Electronic Filing)
Neal Fowler  (via CM/ECF Notice of Electronic Filing)

September 21, 2021          PETER A. MOORE, JR., CLERK

                             /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk